**164  TAYLOR vs. CIRCUIT JUDGE (St. Clair), 32 M., 95.**

To require respondent to reinstate a case which had been removed by certiorari directed to the circuit court commissioner,

to review proceedings dissolving an attachment, and to hear and determine it on its merits, the court having refused to hear it, on the ground of want of jurisdict.on.

Granted April 30, 1875.   See Nos. 220, 1479.